**J. T. KESSLER, Petitioner-Appellant, v. Joseph A. BECK and R. H. McClester, Receiver of Butler County Oil Refining Company, Butler County National Bank and Trust Company, P. G. Turner, W. D. Walker, C. R. Daugherty, P. F. Conerty, and F. B. Ryan, for Themselves and as a Committee of the Creditors of the Butler County Oil Refining Company, a Corporation, Respondents-Appellees.**

**No. 5273.**

Circuit Court of Appeals, Third Circuit.

Dec. 11, 1934.

H. F. Stambaugh, C. Roy Keitzer, Ralph H. Demmler, and Watson & Freeman, all of Pittsburgh, Pa., for appellant.

James E. Marshall and A. R. Cingolani, both of Butler, Pa., Walter Braham, of New Castle, Pa., and Brandon, Brandon & Ross, Marshall & McCandless, and Zeno F. Henninger, all of Butler, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

This bill in equity sought to have the proceeds of certain accounts collected, and certain personal property sold, which came into the hands of the receiver of an insolvent company, decreed to belong to the plaintiff in such bill. He alleged such accounts and property had been assigned to him. The receiver claimed the assignment was an attempt to give the plaintiff an unlawful preference, and that neither the accounts nor the property were ever taken possession of by the plaintiff. The case was heard by the judge below, the facts found, and a decree was entered discharging the bill.

The testimony was voluminous, and the law and proofs were discussed at full length by the trial judge. As the case stands on its own facts, as no principles or precedents are involved, and we find no error in the court's decree, we limit ourselves to affirming the case on the trial judge's opinion.

**F. E. KEELER, Appellant, v. H. D. MacKINNON, A. C. Thorpe, Myron H. Wells, Receiver of American Agar Company, et al., Appellees.**

**No. 7563.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 11, 1935.

See, also, 73 F.(2d) 835.

Ben S. Hunter, of Los Angeles, Cal., for appellant.

David D. Sallee, Oliver O. Clark, Thos. C. Ridgway, Charles H. Veale, E. J. Preston, and Geo. B. Bush, all of Los Angeles, Cal., for appellees.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered order of District Court appealed from reversed, with costs in favor of appellant; mandate forthwith.